IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FIJI FIL FIL PROPERTIES, INC. D/B/A CARE FREE INN,<br>    Plaintiff<br><br>v.<br><br>CATLIN SPECIALTY INSURANCE COMPANY, CHARLIE POTTS AND ENGLE MARTIN & ASSOCIATES, INC.,<br>    Defendants. | § § § § § § § § § § § | CIVIL ACTION NO. H-09-1316 |

## CERTIFICATE OF SERVICE IN REMOVED ACTION

I certify compliance with the Court's Order entered upon filing of the petition for removal of this case.

On May 1, 2009, I served by certified mail on all counsel of record and unrepresented parties, copies of the Court's Order for Conference and Certificate of Interested Parties, the Joint Notice of Removal, and this Court's Procedures.

_____May 1, 2009_____
DATE

_Dale Jefferson_
Dale Jefferson
Attorney for Defendant,
Catlin Specialty Insurance Company

## CERTIFICATE OF SERVICE

I certify that service was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and the Local Rules of this Court.

_____
Robert G. Dees