# BERGMAN ADR GROUP
A PROFESSIONAL CORPORATION
*Attorneys - Mediators - Arbitrators*

9 GREENWAY PLAZA, SUITE 3130
HOUSTON, TEXAS 77046

**TREY BERGMAN**
Board Certified - Civil Trial Law
Texas Board of Legal Specialization
Credentialed Distinguished Mediator

Telephone (713) 977-1717
Telecopier (713) 977-4889
Trey@BergmanADRGroup.com
www.BergmanADRgroup.com

June 30, 2010

JUL 0 1 2010

**VIA FIRST CLASS MAIL**
Honorable Judge David Hitner
United States District Court, Houston Division
515 Rusk Avenue
Houston, TX 77002

RE: Civil Action No. H-09-1316; *Fiji Fil Properties, Inc. d/b/a Care Free Inn v. Catlin Specialty Insurance Company, Charlie Potts and Engle Martin and Associates, Inc.;* In the United States District Court for the Southern District of Texas, Houston, Division.

Dear Judge Hitner:

All of the parties in the above case mediated with me on June 21, 2009. I am pleased to report that as a result of the continued and diligent efforts of everyone involved, a settlement has now been achieved that was mutually acceptable to the parties. The attorneys for these parties are in the process of drafting a final order of disposition which should be submitted to the Court in the near future.

Thank you for the opportunity to be of service to the Court.

Yours very truly,

Trey Bergman

ETB/rb

cc: William Lundquist
Clark Dean & Burnett, GP
440 Louisiana, Suite 1600
Houston, TX 77002

Mediation Counsel
Page 2

      Robert D. Green
      Robert D. Green & Associates, PC
      440 Louisiana, Suite 1930
      Houston, TX 77002

      Dale Jefferson
      Robert Dees
      Martin Disiere Jefferson & Wisdom, LLP
      808 Travis, Suite 1800
      Houston, TX 77002

      Stephen R. Wedemeyer
      Brannon C. Dillard
      Beirne Maynard & Parsons, LLP
      1300 Post Oak Blvd., Suite 2500
      Houston, TX 77056

      Ellen Alexander
      Case Manager
      United States District Court
      Houston Division
      515 Rusk Avenue
      Houston, TX 77002